## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-1748<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT APPLIES TO:<br>*ELMON BURTON AND ELLEN BURTON*, 14-CV-8739 | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all of Plaintiff Ellen Burton's claims be dismissed with prejudice. Plaintiff Elmon Burton's claims will remain.

Dated: May 14, 2019

Respectfully Submitted,

*/s/ Brendan A. Smith*_____
Brendan A. Smith
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
(618) 259-2222
Email: bsmith@simmonsfirm.com

*Attorney for Plaintiffs*

*/s/ Pamela Joan Yates*_____
Pamela Joan Yates
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
Email: pamela.yates@arnoldporter.com

*Attorney for Auxilium Pharmaceuticals, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on May 14, 2019, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will automatically serve and send notice of the electronic filing to all registered attorneys of record.

                <u>*/s/ Brendan A. Smith*</u>